IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **ANIBAL MELENDEZ**, | : | |
| Petitioner, | : | |
| v. | : | Civ. Act. No. 04-1537-SLR |
| **THOMAS CARROLL**, | : | |
| Warden, | : | |
| Respondent. | : | |

**NOTICE OF FILING OF STATE COURT RECORDS**

1. Respondent files herewith certified copies of the following Delaware Supreme Court documents in *Anibal Melendez v. State of Delaware*, No. 21, 2004:

    a. appellant's opening brief and appendix;

    b. State's answering brief and appendix;

    c. and the Court's order dated August 25, 2004.

/s/
Thomas E. Brown (ID# 3278)
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE  19801
(302) 577-8500
e-mail: *ThomasE.Brown@state.de.us*

Date: May 6, 2005

## CERTIFICATE OF SERVICE

The undersigned, being a member of the Bar of this Court, hereby certifies that on May 6, 2005 he caused to be electronically filed a Notice of Filing of Certified State Court Records with the Clerk of the Court using CM/ECF and thereafter caused to be hand delivered paper copies of the records listed therein with the Clerk's Office. I hereby certify that on May 6, 2005 I have also caused to be mailed by first class U.S. Mail two copies of the document (and the records listed therein) to the following non-registered participant, the petitioner:

    Anibal Melendez (No. 00337929)
    Delaware Correctional Center
    1181 Paddock Road
    Smyrna, DE 19977.

/s/_____
Thomas E. Brown
Deputy Attorney General
Del. Dept. of Justice

Counsel for Respondents

Date: May 6, 2005