OFFICE OF THE CLERK
### UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

June 2, 2005

TO: Anibal Melendez
    SBI# 337929
    DCC

**RE: Return of Documents for Lack of Service; 04-1537 (SLR)**

Dear Mr. Melendez:

Papers have once more been received by this office for filing in the above matter which do <u>not</u> conform to: Federal Rules of Civil Procedure 5; District of Delaware Local Rules of Civil Practice and Procedure 5.2.(a) & 5.3.

In order for your documents to be acceptable for filing, they **must be served by you, upon all local counsel of record**, and this must be indicated on an Affidavit or Certificate of Service, attached to the back of your request (motion or pleading).

A copy of the current local counsel attorney listing (with addresses) for this case is attached for your convenience.

Your corrected filing, (please sign your certificate of service and provide a copy with an original signature) to include the certificate of service, should be sent to this office for processing

<u>KINDLY RETURN A COPY OF THIS LETTER WITH YOUR CORRECTED DOCUMENTS.</u>

Sincerely,

/bad

PETER T. DALLEO
CLERK

cc: The Honorable Sue L. Robinson
enc.

UNITED STATE DISTRICT COURT
DISTRICT OF DELAWARE

Anibal Melendez

v.

State of Delaware

ID NO. 0104020056
CIV. NO. 04 1537-SLR

Rec'v'D
~~FILED~~
MAY 31 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD scanned

## REPLY BRIEF

### Ground I

Is correct that I am incarcerate on the above mention charges and receive the sentence as stated

### Ground II

The facts presented by the district Attorney has no factual basis in the record to support this assertion. The Court cannot indicate that nothing of this non-scene took place, and in fact the state has failed to provide the transcripts of this case as order by this Court

### Ground III

federal Court should entertain this petition for habeas relief on the grounds that the defendants confinement violates the Constitution, laws of the United States that raise the level of fundamental defect which inherently results in a complete miscarriage of justice" or is inconsistent with fair procedure" six amendment claim of ineffective assistance