UNITED STATE DISTRICT COURT
DISTRICT OF DELAWARE

Anibal Melendez

v.

State of Delaware

ID NO 0104020054
Civ. No. 04 1537-SLR

Rec'v'D
~~FILED~~
MAY 31 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD scanned

REPLY BRIEF

Ground I

Is correct that I am incarcerate on the above mentioned charges and receive the sentence as stated.

Ground II

The facts presented by the district attorney has no factual basis in the record to support this assertion. The court cannot indicate that nothing of this nom-scene took place, and in fact the state has failed to provide the transcripts of this case as order by this court

Ground III

Federal court should entertain this petition for habeas relief on the grounds that the defendants confinement vilutates the constitution, laws of the united States that raise the level of fundamental defect which inherently results in a complete miscarriage of justice or is inconsistent with fair procedure". Six amendment claim of ineffective assistance

of Counsel are cognizable issue by this court.

Led counsel had a working relationship with the victims mother that effect the proceeding of this case troughout pre-trial, plea negotiation, and sentencing phase, that resulted in defendant placing an involuntary plea of guilt and receiving a 48 years term of incarceration, meeting the two prong test of Strickland v. Washington, 466 US 668, 695 (1989)

On this specification of ineffectiveness, therefor the state court unreasonable applied Strickland two prong test and rejected any notion that defense counsel's representation was concluded by a conflict of interest due to his friendship with the victim's mother.

Defendant established performance deficiency and prejudice within the meaning of Strickland, and thus the rejection of defendant's claim by the state courts was an unreasonable application of federal law within the meaning of § 2254(d)

As a result, by the term of § 2254(d)(1) Defendant's Claims provide a basis for federal habeas relief.

CONCLUSION

For the foregoing reasons, the petition for writ of habeas corpus should be granted or remanded for further proceedings

Date: 5/24/05

[signature]
D.C.C.
Smyrna De 19977

# CERTIFICATE OF SERVICE

I Anibal Melendez hereby, has render a copy for reply brief, let's usm for response and hands delivery first class US Mail on this May 5, has Motion for production to the following person

Sue L Robinson
844 N King St
Wilmington De 19801

Date: 5/08/05

Anibal Melendez
D.C.C.
Smyrna De 19977