NOTICE OF APPEAL
TO
U.S. COURT OF APPEALS, THIRD CIRCUIT

U.S. District Court for the District of Delaware

CIRCUIT COURT DOCKET NUMBER: _____ (leave blank)

FULL CAPTION IN DISTRICT COURT AS FOLLOWS:

Anibal Melendez

DISTRICT COURT DOCKET NUMBER: 04-1537-SLR

v.

State of Delaware

DISTRICT COURT JUDGE: Sue L. Robinson

Notice is hereby given that __Anibal Melendez__ (Named Party) appeals to the United States Court of Appeals for the Third Circuit from [ ] Judgment, [✓] Order, [ ] Other (specify) _____

entered in this action on __1/17/06__ (date)

Dated: __3/25/06__

__Pro se__
(Counsel for Appellant-Signature)

__Pro Se__
(Name of Counsel - Typed)

_____
(Address)

_____
(City, State Zip)

_____
(Telephone Number)

__Thomas C Brown__
(Counsel for Appellee)

__820 N French St__
(Address)

__Wilmington, DE 19805__
(City, State Zip)

_____
(Telephone Number)

NOTE: USE ADDITIONAL SHEETS if all appellants and/or all counsel for appellees cannot be listed on the Notice of Appeal sheet.

Anbal Melendez #334404
1181 Paddock Rd.
Smyrna, De. 19977

U.S.M.S.
X-RAY

Marcia M. Waldron, Clerk
United States Court of Appeal 3rd
circuit 21400 US Court house
601 Market St


MAILED FROM ZIP CODE 19977
$ 00.39
APR 01 2006
PITNEY BOWES