# NOTICE OF APPEAL
## TO
## U.S. COURT OF APPEALS, THIRD CIRCUIT

U.S. District Court for the District of Delaware

CIRCUIT COURT DOCKET NUMBER: _____ (leave blank)

FULL CAPTION IN DISTRICT COURT AS FOLLOWS:

DISTRICT COURT DOCKET NUMBER: 04-1537-SLR

Anibal Melendez

v.

State of Delaware

DISTRICT COURT JUDGE: Sue L. Robinson

Notice is hereby given that __Anibal Melendez__ (Named Party) appeals to the United States Court of Appeals for the Third Circuit from [ ] Judgment, [✓] Order, [ ] Other (specify) _____

entered in this action on __1/17/06__ (date)

Dated: 3/25/06

__Pro se__
(Counsel for Appellant-Signature)

__Pro Se__
(Name of Counsel - Typed)

_____
(Address)

_____
(City, State Zip)

_____
(Telephone Number)

__Thomas C Brown__
(Counsel for Appellee)

__820 N French St__
(Address)

__Wilmington, DL 19805__
(City, State Zip)

_____
(Telephone Number)

NOTE: USE ADDITIONAL SHEETS if all appellants and/or all counsel for appellees cannot be listed on the Notice of Appeal sheet.

Anibal Melendez # 334404
1181 Paddock Rd.
Smyrna, De. 19977

Marcia M. Waldron, Clerk
United State Court of Appeal 3rd
Circuit 21400 US Court House
601 Market St


