DLD-101                                                January 19, 2007

**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

C.A. No. **06-2281**

ANIBAL MELENDEZ
    VS.
THOMAS L. CARROLL, ET AL.

(D. Del. Civ. No. 04-cv-01537)

Present: BARRY, AMBRO AND FISHER, <u>CIRCUIT JUDGES</u>

    Submitted are:

(1)     Appellant's notice of appeal, which may be construed as a request for a certificate of appealability under 28 U.S.C. § 2253(c)(1); and

(2)     By the Clerk for possible dismissal because the notice of appeal was not timely filed.

    in the above-captioned case.

    Respectfully,

    Clerk

MMW/JSN/mc/pdb

_____ORDER_____

**For substantially the reasons given by the District Court in its opinion, we conclude that Appellant has not made a substantial showing of the denial of a constitutional right. Accordingly, we deny issuance of a certificate of appealability. See 28 U.S.C. § 2253(c). The appeal is not dismissed as untimely.**

    By the Court,

    **/s/ Maryanne Trump Barry**
    Circuit Judge

Dated: March 8, 2007
PDB/cc: Anibal Melendez
       Loren C. Meyers, Esq.



A True Copy:

Marcia M. Waldron, Clerk